

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00520-CR

Steven Mitchell **GARY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2945
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa

Steven M. Gary's motion to dismiss for denial of speedy trial is dismissed for lack of jurisdiction.

It is so **ORDERED** on the 20th day of October, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court